UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida not for profit
corporation, and JOE HOUSTON, Individually,

       Plaintiffs,

v.                                  Case No: 0:11-cv-60053

PHARAOHS INVESTMENT GROUP, LLC
       Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

       Plaintiffs, Access 4 All, Inc., and Joe Houston by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(1), *Fed. R.Civ.P,.*hereby voluntarily dismiss this case, without prejudice.

Dated January 31, 2011.

                                                  Thomas B. Bacon, P.A.
                                                  621 South Federal Highway, Suite Four
                                                  Fort Lauderdale, Florida 33301
                                                  954-462-0600
                                                  fax 954-462-1717
                                                  cullen@thomasbaconlaw.com
                                                  Florida Bar. Id. No. 167853

                                                  By:*/s/ Philip Michael Cullen, III,*